NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

VICTORIA COLLINS,                    )
                                     )
            Appellant,               )
                                     )
v.                                   )          Case No. 2D17-2814
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____      )

Opinion filed November 6, 2019.

Appeal from the Circuit Court for Polk
County; Jalal Harb, Judge.

Anthony W. Surber, Mulberry, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Michael Schaub,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


LaROSE, MORRIS, and ATKINSON, JJ., Concur.